

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00358-CR

Cristian **YEPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 3, 2019.

_____
Beth Watkins, Justice